UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA                          :

                                                                  :       18 Cr. 500 (PAC)

      - against -                                             :

                                                     :       **ORDER**

RUDOLFO RODRIGUEZ,                                :

      Defendant.                                              :

-------------------------------------------------------------------X

HONORABLE PAUL A. CROTTY, United States District Judge:

The Court's Order dated October 16, 2023 is hereby REINSTATED. For the reasons stated in that Order, Rudolfo Rodriguez's request that the Court correct his state sentence is DENIED. As Mr. Rodriguez has not at this time made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue. See 28 U.S.C. § 2253.

Dated: New York, New York        SO ORDERED
       November 22, 2023

                                                         _____
                                                         PAUL A. CROTTY
                                                         United States District Judge